**Paul D. LAMBERTH, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 05–3094.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2005.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

### Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.